STATE OF NEW JERSEY v. JAMES TELLER.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY THOMAS.

September 20, 1983.

Petition for certification denied.

TOMMIE PHILLIPS v. THOMAS O. BROWN.

September 20, 1983.

Petition for certification denied.

PHILIP PORCARO v. ALLSTATE INSURANCE COMPANY.

September 20, 1983.

Petition for certification denied.

SIMMONS COMPANY v. CITY OF LINDEN.

September 20, 1983.

Petition for certification denied.   (See 190  *N.J.Super.*  448)